IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION


WILLIAM ANDREW LITTLETON,
               Plaintiff,
     v.                                 **Judgment in a Civil Case**
SCOTT B. JACK,
               Defendant.            Case Number: 5:12-CT-3048-FL


**Decision by Court.**

This action came before the Honorable Louise Wood Flanagan, United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.


**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on August 22, 2012, with service on:
William Andrew Littleton 1171038, Lanesboro Correctional Center, P.O. Box 280, Polkton, NC 28135 (via U.S. Mail)


August 22, 2012                      /s/ Julie A. Richards
                                          Clerk